The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASSAUNDRA MAXWELL, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

ULTA SALON, COSMETICS & FRAGRANCE, INC.,

Defendant.

No. 2:25-cv-02500-JNW

[~~PROPOSED~~] ORDER GRANTING CONSENT MOTION TO TRANSFER VENUE TO THE EASTERN DISTRICT OF WASHINGTON

## **PROPOSED ORDER**

Upon consideration of Defendant Ulta Salon, Cosmetics & Fragrance, Inc.'s Consent Motion to Transfer Venue under 28 U.S.C. § 1404(a) (the "Motion"), and any response and reply thereto, it is, this 17th day of February, 2026, hereby:

**ORDERED** that the Motion is GRANTED. The Court directs the Clerk to transfer this matter to the United States District Court for the Eastern District of Washington.

//

[~~PROPOSED~~] ORDER GRANTING CONSENT
MOTION TO TRANSFER VENUE
No. 2:25-cv-02500



EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Dated: February 17, 2026

Jamal N. Whitehead
United States District Judge

[PROPOSED] ORDER GRANTING CONSENT
MOTION TO TRANSFER VENUE
No. 2:25-cv-02500

**EVANS, CRAVEN**
**& LACKIE, P.S.**
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632